UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JEROME RANDOLPH,                              **ORDER**

                                             **Civil Case**
                    Movant,                   **No. 6:18-cv-06226-MAT**

           -vs-                               **Criminal Case**
                                             **No. 6:16-cr-06116-FPG**

 UNITED STATES OF AMERICA,

                    Respondent.


     Jerome Randolph ("Randolph" or "Movant") filed a *pro se* Motion
to Vacate the Sentence pursuant to 28 U.S.C. § 2255 ("§ 2255
Motion"). On November 21, 2018, this Court issued a Decision and
Order denying Petitioner's § 2255 Motion. As Petitioner points out
in his Motion for a Certificate of Appealability, the Court
neglected to state whether it was issuing a Certificate of
Appealability.

     Given that the Court found that no evidentiary hearing was
required because "the motion and the files and records of the case
conclusively show[ed] that the petitioner is entitled to no
relief[,]" 28 U.S.C. § 2255, it would be an abuse of discretion to
issue a certificate of appealability, which requires a showing by
the applicant of a "substantial likelihood of the denial of a
constitutional right." 28 U.S.C. § 2253(c)(2). Therefore, the Court
denies Petitioner's Motion for a Certificate of Appealability.

     **SO ORDERED**

**S/ Michael A. Telesca**

_____

HONORABLE MICHAEL A. TELESCA
United States District Judge

DATED:     February 11, 2019
           Rochester, New York